UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:07CV74-J

STACY R. STURGEON                                                                          PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                         DEFENDANT

## **MEMORANDUM OPINION AND ORDER**

      This matter was referred to United States Magistrate Judge E. Robert Goebel, who has recommended that the matter be remanded for further consideration. The Commissioner has filed objections, to which the claimant has responded. The Court has considered the positions of the parties with respect to the GAF scores at issue, and finds that further consideration of those scores and the reports supporting them is warranted. Accordingly, the Magistrate Judge's Findings of Fact and Conclusions of Law are adopted.

      IT IS HEREBY ORDERED that the final decision of the Commissioner is REVERSED and, pursuant to sentence four of 42 U.S.C. §405(g), this case is REMANDED to the Commissioner for further proceedings consistent with the report of the United States Magistrate Judge.

      This is a final and appealable Order, and there is no just cause for delay.